SCHAFFER STORES COMPANY, INC., Respondent, v. CAPITOL HEALTH CENTER, INC., Appellant.— Appeal from an order of the Special Term entered in Schenectady county clerk's office September 6, 1940, denying defendant's motion to preclude the plaintiff from offering proof on the trial with respect to certain items demanded in the bill of particulars. The order directed that the affidavit of plaintiff's attorney, previously used on the motion for summary judgment, should serve as plaintiff's bill of particulars. This affidavit set forth in great detail the items of each sale and delivery of merchandise made by plaintiff to the defendant, together with the dates and amounts thereof. It shows that the defendant from time to time made payments to the plaintiff for similar merchandise and that the defendant acknowledged its indebtedness for all of the items for which suit is now brought. Order unanimously affirmed, with twenty-five dollars costs and disbursements. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

CYRIL SCOTT, as Welfare Officer of the Town of Canton, New York, Respondent, v. DAVID THOMAS, Appellant.— Defendant has appealed from an order of the St. Lawrence Special Term of Supreme Court denying his motion to dismiss the complaint for failure to state facts sufficient to constitute a cause of action. The complaint alleges that plaintiff is the welfare officer of the town of Canton and that between November 29, 1938, and May 16, 1940, the town, through its welfare department, furnished relief to defendant and to members of defendant's family for whose support defendant was liable, and that defendant now possesses personal property from which repayment may be had of the sums so advanced. The complaint states a good cause of action. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

ELIZABETH A. KARIUS, Individually and as Administratrix, etc., of JOSEPH G. KARIUS, Deceased, Respondent, v. ALL STATES FREIGHT, INC., Appellant.— Appeal from an order permitting plaintiff to examine a representative of the defendant before trial concerning certain stated subjects. Appellant asks that paragraphs A, C and E of the order be expunged from the order. Paragraph A should be modified to read as follows: " All reports of accidents which happened prior to February 16, 1940, submitted to the defendant by Roscoe Greenlee." Paragraph E should be modified by eliminating therefrom the words " reports to compensation insurance carriers," and as so modified the order is affirmed, without costs. Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ., concur.